IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PRICE'S COLLISION CENTER LLC )
)
v. ) NO. 3-12-0875
) JUDGE CAMPBELL
PROGRESSIVE HAWAII INS. CO. )

ORDER

Pursuant to Administrative Order No.176, Section II.d, this action is transferred to U.S. District Judge Kevin H. Sharp as a "Related Case" to Civil Action Nos. 3:12-0873 and 3:12-0874 currently pending in Judge Sharp's Court.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE