UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PRICE'S COLLISION CENTER, LLC, <br> In its own capacity and as Agent for <br> Lee Company, <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE HAWAII INSURANCE <br> CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 312-cv-00875 <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO DISMISS

Comes now Defendant, Progressive Hawaii Insurance Company, by and through counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), moves this Court to dismiss the lawsuit filed against it. Plaintiff's Complaint fails to state a claim upon which relief can be granted. Defendant relies upon the Memorandum of Law filed in support of this Motion.

**WHEREFORE,** Defendant respectfully requests this Court enter an Order dismissing this litigation in its entirety.

Respectfully submitted,

**FEENEY & MURRAY, P.C.**

**By: /s/John Thomas Feeney**
**John Thomas Feeney**
BPRN 11482
Attorneys for Defendant
P.O. Box 198685
Nashville, Tennessee 37219
(615) 242-3700

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2012, a copy was filed electronically and submitted to the Electronic Filing System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the filing receipt. Parties may access this filing through the Court's electronic filing system.

      This the 4th day of September, 2012.

                                          **/s/ John Thomas Feeney**
                                          **John Thomas Feeney**