# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PRICE'S COLLISION CENTER, LLC, ) <br> In its own capacity and as agent of Lee ) <br> Company, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE HAWAII INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) | Civil Action No. <br> 3:12-cv-875 <br><br> Sharp/Griffin |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the Court's November 9, 2012 Order (Docket No. 25), Plaintiff serves notice of its voluntary dismissal of this case.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: /s/ Robert A. Peal
William T. Ramsey, No. 9245
Robert A. Peal, No. 25629
Andrew A. Warth, No. 27606
150 Fourth Avenue North, Suite 2000
Nashville, Tennessee 37219
Phone: (615) 244-1713
Fax: (615) 726-0573

*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served via the court's electronic filing system to:

John Thomas Feeney
Feeney & Murray, P.C.
424 Church Street, Suite 2230
P.O. Box 198685
Nashville, TN 37219
FAX: 615-242-7111

This the 15th day of November 2012.

/s/ Robert A. Peal