IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PRICE'S COLLISION CENTER, LLC, )
in its own capacity and as Agent for Lee )
Company ) No. 3-12-0875
 )
v. )
 )
PROGRESSIVE HAWAII INSURANCE )
CORPORATION )

O R D E R

In accord with the order entered November 9, 2012 (Docket Entry No. 25), the plaintiff filed a notice of voluntary dismissal, no answer or motion for summary judgment having been served or filed.

As a result, the defendant's motion to dismiss (Docket Entry No. 11) is DENIED as MOOT, and the Clerk is directed to terminate that motion as pending.

In accord with Rule 41(a)(2)(A)(i) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required.

Therefore, this case is DISMISSED, and the Clerk is directed to close this case on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge