UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PRICE'S COLLISON CENTER, LLC ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE HAWAII INSURANCE COMPANY ) <br> ) <br> Defendant. ) | Case No. 3:12-cv-0875 <br> Judge Sharp <br> Magistrate Griffin |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on November 15, 2012.


                                      KEITH THROCKMORTON, CLERK

                                      s/   Hannah Blaney